

FILED
NOV 22 2017
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-50049 |
| Plaintiff, | REDACTED SUPERSEDING INDICTMENT |
| vs. | First Degree Murder (Premeditated) (18 U.S.C. §§ 1111(a), 2, 1153 & 1152) |
| MYLES JACOB TUTTLE, FRANCISCO VILLANUEVA, a/k/a "Gumby," a/k/a "Pancho", and ADAN JAMES CORONA, a/k/a "Ace Boogie," | First Degree Murder (Felony Murder) (18 U.S.C. §§ 1111(a), 2, 1153 & 1152) |
| | Conspiracy to Commit Assault (18 U.S.C. §§ 113(a)(3), 1152, 1153, & 371) |
| Defendants. | Accessory After the Fact to First Degree Murder (18 U.S.C. § 3) |

The Grand Jury charges:

COUNT I

On or about October 16, 2016, in Pine Ridge, in Indian country, in the District of South Dakota, the defendants, Myles Jacob Tuttle (an Indian person), Francisco Villanueva a/k/a "Gumby," a/k/a "Pancho," and Adan James Corona, a/k/a "Ace Boogie," with malice aforethought did unlawfully kill Vincent Von Brewer III, an Indian person, by shooting him, and did aid and abet one another in doing so, all in violation of 18 U.S.C. §§ 1111(a), 2 and 1152 and 1153.

COUNT II

On or about October 16, 2016, in Pine Ridge, in Indian country, in the District of South Dakota, the defendants, Myles Jacob Tuttle (an Indian person), Francisco Villanueva a/k/a "Gumby," a/k/a "Pancho," and Adan James Corona, a/k/a "Ace Boogie," with malice aforethought, did unlawfully kill Vincent Von Brewer III, an Indian person, in the perpetration of and attempted perpetration of kidnapping, all in violation of 18 U.S.C. §§ 1111(a), 2, 1153 & 1152.

COUNT III

On or about October 16, 2016, in Pine Ridge, in Indian country, in the District of South Dakota, the defendants, Myles Jacob Tuttle (an Indian person), Francisco Villanueva a/k/a "Gumby," a/k/a "Pancho," and Adan James Corona, a/k/a "Ace Boogie," and others known and unknown to the grand jury, knowingly and intentionally combined, conspired, confederated and agreed to commit the following offense against the laws of the United States, to wit: assault with a dangerous weapon, namely, with multiple firearms, with intent to do bodily harm to Vincent Von Brewer III, an Indian person, all in violation of 18 U.S.C. §§ 113(a)(3), 371, 1152 and 1153, and among the objects of this conspiracy are the following:

A. THE CONSPIRACY:

On or about October 16, 2016, the defendants, Francisco Villanueva a/k/a "Gumby," a/k/a "Pancho," and Adan James Corona, a/k/a "Ace Boogie," and others, traveled from Colorado to South Dakota to collect an alleged drug debt from Vincent Von Brewer III. Sometime that morning the group traveled to

Rapid City, South Dakota and met up with Myles Tuttle. The group then took two cars back down to Pine Ridge with a plan to assault and kidnap Brewer in order to collect the alleged drug debt.

B. <u>OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY</u>:

In furtherance of the conspiracy and to effect the objects thereof, the defendants, Myles Jacob Tuttle, Francisco Villanueva a/k/a "Gumby," a/k/a "Pancho," and Adan James Corona, a/k/a "Ace Boogie," and others known and unknown to the grand jury did commit the following overt acts, among others, in the District of South Dakota:

1. They drove from Colorado to South Dakota, in possession of multiple firearms with the intent to collect an alleged drug debt from Brewer.
2. They drove around Pine Ridge on October 16, 2016 looking for Brewer, and spoke to, and picked up, persons to assist in locating him.
3. Upon locating him in front of the Sioux Ann Big Crow Center, they physically assaulted him and attempted to kidnap him by shoving him into the backseat of one of their vehicles.
4. When Brewer escaped the vehicle he was immediately gunned down by multiple shooters, including Myles Jacob Tuttle, Francisco Villanueva a/k/a "Gumby," a/k/a "Pancho," Adan James Corona, a/k/a "Ace Boogie," and another unnamed person.

COUNT IV

On or about October 16, 2016, in Pine Ridge, in the District of South Dakota, and elsewhere, the defendant, Myles Tuttle, knowing that an offense against the United States had been committed, to wit, First Degree Murder, did receive, relieve, comfort, and assist multiple individuals, known and unknown to the Grand Jury, involved in the murder of Vincent Von Brewer III, in order to hinder and prevent the apprehension, trial, and punishment of said individuals, all in violation of 18 U.S.C. § 3.

A TRUE BILL

**NAME REDACTED**
_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Francisco Villanueva a/k/a Gumby a/k/a Pancho<br><br>*Defendant* | )<br>)<br>)<br>)  Case No. 5:17-cr-50049-02<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Francisco Villanueva a/k/a Gumby a/k/a Pancho                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1111(a), 2 and 1152 and 1153; FIRST DEGREE MURDER (PREMEDITATED)
18 U.S.C. §§ 1111(a), 2, 1153 & 1152; FIRST DEGREE MURDER (FELONY MURDER)
18 U.S.C. §§ 113(a)(3), 371, 1152, and 1153; CONSPIRACY TO COMMIT ASSAULT

**WARRANT ISSUED:**
12:44 pm, Nov 22, 2017
JOSEPH HAAS, Clerk

By:_____*Sammi Clark*_____
Deputy Clerk

Name and title: Sammi Clark, Deputy Clerk

City and state: Rapid City, SD

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                    _____
                                                                         *Arresting officer's signature*

                                                                        _____
                                                                         *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Adan James Corona a/k/a Ace Boogie<br><br>*Defendant* | )<br>)<br>)<br>)   Case No. 5:17-cr-50049-03<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Adan James Corona a/k/a Ace Boogie                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1111(a), 2 and 1152 and 1153; FIRST DEGREE MURDER (PREMEDITATED)

18 U.S.C. §§ 1111(a), 2, 1153 & 1152; FIRST DEGREE MURDER (FELONY MURDER)

18 U.S.C. §§ 113(a)(3), 371, 1152, and 1153; CONSPIRACY TO COMMIT ASSAULT



**WARRANT ISSUED:**
12:48 pm, Nov 22, 2017
JOSEPH HAAS, Clerk

By: *Sammi Clark*
Deputy Clerk

Name and title: Sammi Clark, Deputy Clerk

City and state:  Rapid City, SD

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____            _____<br>                                                                *Arresting officer's signature*<br><br>                                                             _____<br>                                                                *Printed name and title* |